UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| COMPLAINT OF EDWIN BOGGS ) | Case No. |
| FOR EXONERATION FROM, OR ) | |
| LIMITATION OF, LIABILITY. ) | |

### ORDER APPROVING PETITIONER'S
### *AD INTERIM* STIPULATION AND RESTRAINING SUITS

On application of Petitioner, Edwin Boggs, pursuant to the provisions of Supplemental Rule F of the Federal Rules of Civil Procedure and, on reading Petitioner's *Ad Interim* Stipulation for Value in the amount of $55,000, plus interest and costs, having filed with this Court a Letter of Undertaking securing the value of a Chaparral boat, Hull Identification Number FBGX0393H708, and requesting due appraisal of Petitioner's interest in the CHAPARRAL, and requesting that, pending such appraisal, said *Ad Interim* Stipulation and Letter of Undertaking shall stand as security in this proceeding;

IT IS HEREBY ORDERED that said *Ad Interim* Stipulation and security be, and the same hereby is, APPROVED; and

IT IS FURTHER ORDERED, that the prosecution and/or institution of any suits, actions, or legal proceedings of any nature or description whatsoever in any court whatsoever, against Petitioner, his agents, servants, or employees, or the CHAPARRAL, arising out of or connected with the casualty which occurred on September 21, 2019, in the Sandusky Bay, Ottawa County, Ohio, are, except in this proceeding, hereby stayed and restrained until the hearing and determination of this proceeding; and

IT IS FURTHER ORDERED that the execution and filing of said *Ad Interim* Stipulation shall be without prejudice to the due appraisal of Petitioner's interest under Order of this Court,

and that any party may apply to have the amount of said stipulation increased or decreased as the Court may direct; and

    IT IS FURTHER ORDERED that service of a certified copy of this Order may be made in the usual manner on person or persons to be restrained, or their respective representatives.

    Toledo, Ohio, this _____ day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE