UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN THE MATTER OF THE ) <br> COMPLAINT OF EDWIN BOGGS ) <br> FOR EXONERATION FROM, OR ) <br> LIMITATION OF, LIABILITY. ) | Case No.  3:19cv2897 |

## ORDER FOR NOTICE OF COMPLAINT

IT IS HEREBY ORDERED that an Order issue out of and under seal of this Court against all persons claiming damage for any and all losses, damages, injuries, deaths, and destruction arising out of or occurring by reason of the casualty occurring on September 21, 2019, on Sandusky Bay in Ottawa County, Ohio, involving a 2008 Chaparral Signature 270 motor boat, Hull Identification Number FBGX0393H708 (hereinafter "the CHAPARRAL"), as described in said Complaint, assigning them to appear before this Court and to file their claims with the Clerk of this Court in writing and under oath and to serve copies thereof on Tonkin & Mondl, L.C., and James K. Mondl, 701 Market St., Suite 260, St. Louis, Missouri, 63101, attorney for Petitioner on or before January 31, 2020, and directing that any such persons, or their personal representatives, claiming damages as aforesaid who shall desire to contest the right of Petitioner to exoneration from or the right to limitation of liability shall answer said Complaint and serve copies thereon on Petitioner's attorney above-named; and

IT IS FURTHER ORDERED that public notice shall be given by publication thereof in *Toledo Legal News*, published in Toledo, Ohio, as provided by Rule F(4) of the

Supplemental Rules of Certain Admiralty and Maritime Claims, and that the Petitioner, not later than the day of the second publication, shall mail a copy of said public notice to every person known to have made any claim against the CHAPARRAL or against Petitioner arising out of the aforesaid action.

Toledo, Ohio, this 21st day of January, 2019.

            /s/ James G. Carr
           _____
           UNITED STATES DISTRICT JUDGE